# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN REGENYE,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 09-3539 |
| **HARDWARE RESOURCES, INC.,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW** this 30th day of July, 2010, upon consideration of Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Documents No. 17-23, filed June 25, 2010), Plaintiff's Answer in Opposition to Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Document No. 24, filed July 9, 2010) and Defendant's Reply Brief in Support of its Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Document No. 25, filed July 21, 2010), for the reasons set forth in the Memorandum dated July 30, 2010, it is **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Hardware Resources, Inc., and **AGAINST** plaintiff, Brian Regenye.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Jan E. DuBois
**JAN E. DUBOIS, J.**